UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARLOS ALBERTO MERCHAN-ROBAYO,** *pro se*,

    Petitioner,

v.    Case No.  8:08-cv-1979-T-30TBM

**UNITED STATES,**

    Respondent.
_____/

## ORDER OF DISMISSAL

Before the Court is the Petitioner's Motion to Dismiss Petitioner's Motion Under Title 28 U.S.C. Section 2255 (Dkt. #3).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Dismiss Petitioner's Motion Under Title 28 U.S.C. Section 2255 (Dkt. #3) is GRANTED.

2. This cause is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1979.dismissal 3.wpd